## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

R WAYNE JOHNSON,

    *Plaintiff,*

v.

WENDY HUDSON,

    *Defendant.*

**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**

No. 4:26-cv-00545-JMD

### MEMORANDUM AND ORDER

On June 16, 2026, the Court entered the following order: "[I]f Johnson wishes to pursue this action, he must also file an Amended Complaint on the Court-provided form no later than July 7, 2026." ECF 5. Though Johnson has moved to proceed *in forma pauperis*, ECF 6, he never filed an amended complaint on the Court-provided form. His window to do so has now expired. The Court gave Johnson clear instructions and ample opportunity to comply. He nevertheless failed to file the amended complaint as ordered. For this reason, the Court finds that dismissal is warranted under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

The Court alternatively dismisses Johnson's complaint for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e). Outside a few unclear citations, the entirety of the facts he alleges are as follows: "Both defendants sent me letters: knowing mailrooms open them – to commit postal crimes." ECF 1 at 2. His barebones complaint is "largely unintelligible and incomprehensible, and is therefore subject to preservice dismissal." *Lightfeather v. Batalion*, No. 8:25CV192, 2025 WL 3707230, at *2 (D. Neb. Dec. 22, 2025) (quoting *Batchelder v. I.N.S.*, 180 F. App'x 614, 615 (8th Cir. 2006).

1

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice under Rule 41(b). A separate order of dismissal accompanies this memorandum and order.

Dated this 22nd day of July, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI